PASSAIC VALLEY WATER COMMISSION, A PUBLIC COR-
PORATION, PROSECUTOR-APPELLANT, v. CITY OF
PATERSON, CITY OF PASSAIC, CITY OF CLIFTON,
TOWNSHIP OF LITTLE FALLS, TOWN OF NUTLEY,
BOROUGH OF PROSPECT PARK, BOROUGH OF TO-
TOWA, TOWN OF BLOOMFIELD, BOROUGH OF WEST
PATERSON, AND TOWN OF BELLEVILLE, RESPOND-
ENTS.

Submitted February 16, 1934—Decided April 12, 1934.

For the appellant, *Louis V. Hinchliffe.*

For the respondents, *Charles F. Lynch, Thomas C. Duffy,
John C. Barbour, Peter Hofstra, Gustave A. Hunziker, Ed-
ward C. Pettit* and *Lawrence E. Keenan.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Su-
preme Court.

*For reversal*—None.